**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SMOOTHAIR, INC., d/b/a FORM-A-FUNNEL, Inc., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-12786 <br><br> Judge Elaine E. Bucklo <br><br> Magistrate Judge Jeannice W. Appenteng |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 29, 2026, at 9:45 AM or as soon thereafter as counsel may be heard, counsel for Plaintiff in the above-captioned action shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead, in Courtroom 2243 of the Everett McKinley Dirksen U.S. Courthouse, U.S. District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois 60604. Counsel for Plaintiff shall at said time present Plaintiff's Motion for Entry of Default and Default Judgment (Dkt. 63), filed January 22, 2026. This is a notice only. No appearance is required. Judge Bucklo will rule on the relevant motion on or before the presentment date above.

Date: January 22, 2026

Respectfully submitted,

/s/Brandon Beymer
BRANDON BEYMER (ARDC No. 6332454)
DALIAH SAPER (ARDC No. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 350
CHICAGO, ILLINOIS 60654
(312) 527-4100
BRANDON@SAPERLAW.COM
DS@SAPERLAW.COM
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will serve this Notice of Motion on Defendants through both email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer
