**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SMOOTHAIR, INC., d/b/a FORM-A-FUNNEL, Inc., | Case No. 25-cv-12786 |
| Plaintiff, | Judge Elaine E. Bucklo |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff SmoothAir, Inc., d/b/a Form-A-Funnel, Inc. ("Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from Plaintiff, the applicable e-commerce platforms, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that the Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products that are identical or substantially similar to Plaintiff's products using product listings that feature infringing copies of Plaintiff's federally registered copyrights (the "Plaintiff's Copyrighted Material") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defaulting Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products that are identical or substantially similar to Plaintiff's products using product listings that feature infringing copies of Plaintiff's Copyrighted Material. *See* Docket No. 14-3 through 14-7, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its goods to customers in Illinois that are identical or substantially similar to Plaintiff's products using product listings that feature infringing copies of Plaintiff's Copyrighted Material.

This Court further finds that Defaulting Defendants are liable for willful copyright infringement pursuant to 17 U.S.C. § 504(c).

2

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Plaintiff's Copyrighted Material or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyrighted Material; and

   b. reproducing, publicly displaying, distributing, or otherwise further infringing the Plaintiff's Copyrighted Material;

   c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear Plaintiff's Copyrighted Material, or any reproductions, copies, or colorable imitations thereof.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Ltd., Ant Group Co. Ltd., and AliExpress E-

3

Commerce One Pte. Ltd. (individually and collectively "Alibaba"), Amazon.com, Inc. and Amazon Payments, Inc. (individually and collectively "Amazon"), Dunhuang Group ("DHgate"), eBay, Inc. ("eBay"), LL Pay U.S., LLC d/b/a "LianLian Global," LianLian Bao (Hangzhou) Information Technology Co., Ltd., and Lianlian Yintong Electronic Payment Co., Ltd. (individually and collectively "LianLian"), Payoneer Global Inc. ("Payoneer"), PayPal, Inc. and PayPal Holdings, Inc. (individually and collectively "PayPal"), Shopify, Inc. ("Shopify"), Stripe, Inc. ("Stripe"), Walmart, Inc. ("Walmart"), and Whaleco Inc. d/b/a "Temu.com" ("Temu"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., Mastercard International Inc. ("MasterCard") and Visa International Service Association ("VISA")) (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Copyrighted Material; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's Copyrighted Material or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyrighted Material.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Plaintiff's Copyrighted Material.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $5,000 for willful infringement of Plaintiff's Copyrighted Material on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Alibaba, Amazon, DHgate, eBay, LianLian, Payoneer, PayPal, Shopify, Stripe, Walmart, and Temu, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alibaba, Amazon, DHgate, eBay, LianLian, Payoneer, PayPal, Shopify, Stripe, Walmart, and Temu, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Alibaba, Amazon, DHgate, eBay, LianLian, Payoneer, PayPal, Shopify, Stripe, Walmart, and Temu,

are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. If all monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alibaba, Amazon, DHgate, eBay, LianLian, Payoneer, PayPal, Shopify, Stripe, Walmart, and Temu, do no satisfy the entire above-identified damages, such accounts shall remain restrained and any additional monies received into those accounts in the future shall continuously be released to Plaintiff as partial payment of the above-identified damages, and Third-Party Providers, including Alibaba, Amazon, DHgate, eBay, LianLian, Payoneer, PayPal, Shopify, Stripe, Walmart, and Temu, are ordered to continue to release those monies to Plaintiff until the entire above-identified damages amount has been satisfied. Although the financial accounts shall remain restrained, nothing herein shall restrict the Defaulting Defendants from operating the associated Online Marketplace Accounts to sell products unrelated to Plaintiff or products and listing that do not use Plaintiff's Copyrighted Material or any materials substantially similar thereto.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

10.    The ten-thousand-dollar ($10,000) surety bond posted by Plaintiff is hereby released to

Plaintiff or its counsel, Saper Law Offices, LLC. The Clerk of the Court is directed to return

the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated:  February 24, 2026

Elaine E. Bucklo
United States District Judge

# Schedule A

| No. | Marketplace | Merchant Name | Merchant ID | Product ID | (C) Used |
|---|---|---|---|---|---|
| 1 | Alibaba | Ningbo Yongxin Aiduo Auto Parts Co., Ltd. | aido-brush | 1600531110851 | VA0002254504 VA0002254502 VA0002352972 |
| | | | | 1601031070712 | VA0002254504 VA0002254502 VA0002352972 |
| 2 | Alibaba | Foshan Awisdom Technology Co., Ltd. | awisdom | 1600496437429 | VA0002254504 VA0002254502 VA0002352972 |
| 3 | Alibaba | Dongguan Danchang Electronic Technology Co., Ltd. | dgdanchang | 1601280444566 | VA0002254502 VA0002352972 |
| 4 | Alibaba | Hicen Tools (suzhou) Co., Ltd. | hicentool | 1600725109196 | VA0002254504 VA0002254502 VA0002352972 |
| 5 | Alibaba | Shanghai Jet Tools Co., Ltd. | jetautotools | 1700006216625 | VA0002254504 VA0002254502 |
| 6 | Alibaba | Yiwu Keynew E-Commerce Co., Ltd. | kenew | 1601332813390 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| | | | | 1601332855746 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 7 | Alibaba | Ningbo Oujia Tools Co., Ltd. | oujiatools | 1601280068125 | VA0002254504 VA0002254502 VA0002352972 |
| 8 | Alibaba | Shanghai Dpro Industrial Co., Ltd. | shxiaoxin | 1600989269069 | VA0002254504 VA0002254502 VA0002352972 |
| | | | | 1601314496290 | VA0002254504 VA0002254502 VA0002352972 |
| 9 | Alibaba | Shenzhen Z-Ye Technology Company Limited | sz-z-ye | 1600647888200 | VA0002254502 VA0002352972 |
| 10 | Alibaba | Shenzhen Magic Technology Co., Ltd. | szmanli | 1601189963434 | VA0002254504 VA0002254502 VA0002352972 |
| 11 | Alibaba | Shanghai Vking Laser Beauty Co., Ltd. | vkinglaser | 11000015337006 | VA0002254502 VA0002352972 |
| 12 | Alibaba | Nanchang Yogo Trading Co., Ltd. | yogolife | 1600271810015 | VA0002254502 VA0002352972 |

| 13 | Aliexpress | GenkyX Carlife Store | 1100392648 | 3256806801848243 | VA0002254504 VA0002254502 VA0002352972 |
| 14 | Aliexpress | Ali ZMLHM Houseware Store | 1101227283 | 3256807871683059 | VA0002254502 VA0002352972 |
| | | | | | |
| 16 | Aliexpress | Automobiles & Motor parts Store | 1101552232 | 3256807945494134 | VA0002254502 VA0002352972 |
| 17 | Aliexpress | Automobile & Mo World Store | 1101963984 | 3256806103440140 | VA0002254502 VA0002352972 |
| 18 | Aliexpress | Xitenghui Store | 1102005281 | 3256803832737429 | VA0002254504 VA0002254502 |
| 19 | Aliexpress | LQ carWorld Store | 1102306949 | 3256806359497842 | VA0002254504 VA0002254502 VA0002352972 |
| 20 | Aliexpress | RX CARLIFE Store | 1102314475 | 3256806949806343 | VA0002254504 VA0002254502 VA0002352972 |
| 21 | Aliexpress | Rain-Auto Store | 1102546603 | 3256806359578859 | VA0002254504 VA0002254502 VA0002352972 |
| 22 | Aliexpress | GenkyX Carlife Store | 1102550174 | 3256807400171443 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 23 | Aliexpress | Hong Shi Zi Store | 1102623416 | 3256808308849134 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 24 | Aliexpress | Genky Store | 1102650178 | 3256807419553459 | VA0002254504 VA0002254502 VA0002352972 |
| 25 | Aliexpress | JoviSport Store | 1102659332 | 3256806674520992 | VA0002254504 VA0002254502 VA0002352972 |
| 26 | Aliexpress | CARFOOK Store | 1102694726 | 3256807307678822 | VA0002254504 VA0002254502 VA0002352972 |
| 27 | Aliexpress | Ali-829MOPB Store | 1103063595 | 3256807887190036 | VA0002254502 VA0002352972 |
| 28 | Aliexpress | Colorful Childhood Toy Store | 1103569246 | 3256806698210925 | VA0002254502 VA0002352972 |
| 29 | Aliexpress | Shop1103569601 Store | 1103569602 | 3256807483618533 | VA0002254504 VA0002254502 VA0002352972 |
| 30 | Aliexpress | Shop1103590233 Store | 1103593247 | 3256806493173807 | VA0002254504 VA0002254502 VA0002352972 |

9

| 31 | Aliexpress | Mechanical King Store | 1103642076 | 3256806596148505 | VA0002254502 VA0002352972 |
|---|---|---|---|---|---|
| 32 | Aliexpress | Ali-YY110 Store | 1103728763 | 3256807249463746 | VA0002254502 VA0002352972 |
| 33 | Aliexpress | Shop1103815131 Store | 1103816120 | 3256807250793238 | VA0002254502 VA0002352972 |
| 34 | Aliexpress | Ali-NN71 Store | 1103895057 | 3256807250115968 | VA0002254502 VA0002352972 |
| 35 | Aliexpress | Shop1103941398 Store | 1103948391 | 3256807770230559 | VA0002254502 VA0002352972 |
| 36 | Aliexpress | Shop1104067163 Store | 1104057207 | 3256807300569467 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 37 | Aliexpress | Shop1104059958 Store | 1104061968 | 3256807374291364 | VA0002254504 VA0002254502 VA0002352972 |
| 38 | Aliexpress | Shop1104064163 Store | 1104067149 | 3256807351303124 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 39 | Aliexpress | Shop1104057197 Store | 1104068107 | 3256807294741969 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 40 | Aliexpress | Shop1104119933 Store | 1104139037 | 3256807580086593 | VA0002254504 VA0002254502 VA0002352972 |
| | | | | | |
| 42 | Amazon | ByooLihng | A14DN003AMMHME | B0CGLT325F | VA0002254504 VA0002254502 |
| | | | | B0DGP6FTK7 | VA0002254504 VA0002254502 |
| | | | | | |
| 49 | Amazon | LAONIU TOOLS US | A20EGIV1HWEO1O | B0DKF78RH8 | VA0002254504 |
| | | | | | |
| 52 | Amazon | Foni Shop | A2BC49P5X90C2X | B08PY8F2Q5 | VA0002254504 VA0002352972 |

| | | | | | |
|---|---|---|---|---|---|
| | ████████████████████████████████████████████████ | | | | |
| 62 | Amazon | KeSuLong | A3POAHYPVPGX3A | B08PY8F2Q5 | VA0002254504 VA0002254502 VA0002352972 |
| | ████████████████████████████████████████████████ | | | | |
| 71 | Amazon | ZBGUN-Auto-US | AVM5INR0LLL73 | B0CQG13SB1 | VA0002254504 VA0002254502 |
| | ████████████████████████████████████████████████ | | | | |
| 73 | DHgate | homepro1 | 21979005 | 993119337 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 74 | DHgate | homepro7 | 21979036 | 993870291 | VA0002254502 VA0002352972 |
| 75 | DHgate | ddmylucky | 21989825 | 993722682 | VA0002254502 VA0002352972 |
| 76 | DHgate | ddmyperfect | 21989830 | 993838914 | VA0002352972 |
| 77 | DHgate | ddmyapr | 21997318 | 994224095 | VA0002254502 VA0002352972 |
| | | | | 994224560 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| 78 | eBay | aue_40 | aue_40 | 396128654503 | VA0002254504 VA0002254502 |
| 79 | eBay | Lio's Emporium | liosemporium | 276881253194 | VA0002254504 VA0002254502 VA0002352972 |
| 80 | eBay | pne-66 | pne66 | 204684127533 | VA0002254504 VA0002254502 |

| 81 | Other | molooco.com (molooco) | NA | flexible-draining-tool | VA0002254504 VA0002254502 VA0002352972 |
|---|---|---|---|---|---|
| 82 | Shopify | garagefillers.com (garagefillers) | NA | flexible-draining-funnel | VA0002254502 |
| 83 | Shopify | shoply.shopping | NA | flexible-draining-funnel | VA0002254504 VA0002254502 |
| 84 | Temu | YANHGKAHGB | 634418225228541 | 601102716271081 | VA0002254504 VA0002352972 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 87 | Walmart | LAONIU TOOL US | 102521019 | 17032967393 | VA0002254504 |
| 88 | Walmart | Aliudong | 102693857 | 15530073581 | VA0002352972 |
| | | | | 15537001256 | VA0002352972 |
| | | | | 15543650525 | VA0002352972 |
| | | | | 15547474396 | VA0002352972 |
| | | | | 15570213253 | VA0002352972 |
| | | | | 15572618047 | VA0002352972 |
| | | | | 15580914672 | VA0002352972 |
| | | | | 15583706851 | VA0002352972 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 90 | Walmart | yangtao | 102765547 | 17591621538 | VA0002254504 VA0002254502 VA0002352972 |
| 91 | Walmart | SmartCart Hub | 102782813 | 17428673035 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| | | | | 17469467392 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| | | | | 17482902525 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
| | | | | 17482902530 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |

| | | | | 17483903615 | VA0002254503 VA0002254504 VA0002254502 VA0002352972 |
|---|---|---|---|---|---|
| 92 | Walmart | ershisan23 | 102865367 | 17543523909 | VA0002254504 VA0002254502 |
| | | | | 17557172614 | VA0002254504 VA0002254502 |
| | | | | 17642301896 | VA0002254504 |
| | | | | 17642351048 | VA0002254504 |